IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-cr-00074 |
| ) | JUDGE HAYNES |
| MACON J. DEW, ) | |
| ) | |
| Defendant. ) | |

*[handwritten annotation: ORDER / This motion / is GRANTED. Sentencing will be reset by separate Order. / William J. Haynes / 8-14-12]*

## UNOPPOSED MOTION FOR CONTINUANCE AND EXTENSION OF DEADLINES

Defendant, by and through counsel, and for good cause shown, respectfully requests that the Court continue the sentencing hearing in this case currently set for Monday, October 1, 2012 at 4:00 p.m. (Doc. No. 11) until **Friday, November 2, 2012** and likewise extend the deadline for the submission of memoranda, response and/or reply in order to accommodate the new sentencing date. As grounds for this Motion, Plaintiff states as follows:

1. On July 13, 2012, Defendant pleaded guilty to two counts of filing a false tax return in violation of 26 U.S.C. § 7206(2) (Doc. No. 10).

2. During the hearing, the Court set the sentencing hearing and informed the parties to report to the Court if they required a continuance.

3. That same day, the Court issued its Order setting the sentencing hearing for Monday, October 1, 2012 at 4:00 p.m. (Doc. No. 11).

4. The Defendant is continuing to build his sentencing case and requires a short extension to continue his investigation.

5. The undersigned defense counsel has recently been informed that, contingent upon successful funding, he will be activated for his U.S. Marine Corps Reserve Annual Training for twenty-three (23) days during the month of September, 2012.

1