UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-00074 |
| v. | ) | Judge Haynes |
| | ) | |
| MACON JUDSON DEW | ) | |

### JOINT MOTION TO AMEND PLEA AGREEMENT

The United States of America, by and through the Assistant United States Attorney below, and the defendant, Macon Judson Dew, and his attorney, Robert A. Peal, jointly request that the plea agreement in the above case be amended to delete "$100,000" as the amount of the fine for the charges the defendant faces and replace it with "$250,000" as the correct amount of the fine for the charges.

By his signature below, the defendant acknowledges that he understands that the correct amount of the fine he faces on each count of the Information in this case is $250,000. Further, defendant has been fully advised of the error in the plea agreement and of the correct fine amount and is completely satisfied with the advice of and representation by his attorney. Defendant further acknowledges that this change in the statement of the maximum fine amount does not affect his substantial rights pursuant to Fed. R. Crim. P. 11(h).

The parties further request that the Court address this amendment to the plea agreement and the correct fine at sentencing before the Court accepts defendant's guilty plea in open court as required by Fed. R. Crim. P. 11(b)(1)(H).