IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-00074 |
| | ) | Chief Judge Haynes |
| MACON J. DEW, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing in this action is **re-set for Friday, December 14, 2012 at 10:30 a.m.**

It is so **ORDERED**.

ENTERED this the ___15th___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court